Paul J. Loh (Bar No. 160541)
ploh@willenken.com
Jason H. Wilson (Bar No. 140269)
jwilson@willenken.com
Ashley L. Kirk (Bar No. 291012)
akirk@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendants
SEARS HOLDINGS MANAGEMENT CORP.
AND KMART CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON & ANDREW, INC., and AARON DESIGN, INC, <br><br> Plaintiffs, <br><br> v. <br><br> SEARS HOLDINGS MANAGEMENT CORP., a Delaware corporation; KMART CORPORATION, a wholly-owned subsidiary of Sears Holdings Management Corp.; AMERICAN INTERNATIONAL INDUSTRIES, INC., a Nevada corporation; NORTHEASTERN PLASTICS, INC., a Texas corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-01196-SS <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AARON & ANDREWS AND AARON DESIGN, INC AND DEFENDANTS SEARS HOLDINGS MANAGEMENT CORPORATION AND KMART CORPORATION** <br><br> Assigned to the Hon. Suzanne H. Segal |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Aaron & Andrews, Inc., and Aaron Design, Inc. ("Plaintiffs") and Defendants Sears Holdings Management Corp., and Kmart Corp. (hereinafter collectively, "Sears") have reached a settlement in this matter, including executing a long form agreement. The parties are in the process of complying with their respective obligations thereunder after which time they anticipate the filing of a dismissal of the action, with prejudice, with respect to Sears. The parties anticipate that the dismissal with prejudice will be filed no later than March 15, 2017. In light of this settlement, Sears will also be filing a notice of withdrawal of its motion for partial summary judgment now noticed for February 21, 2017.

Dated: January 25, 2017            WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ Paul J. Loh*
    Paul J. Loh
    Jason H. Wilson
    Ashley L. Kirk
    Attorneys for Defendants
    SEARS HOLDINGS MANAGEMENT
    CORP. and KMART CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: January 25, 2017

WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ Paul J. Loh*
    Paul J. Loh
    Attorney for Defendants
    SEARS HOLDINGS MANAGEMENT CORP. and KMART CORPORATION