**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON & ANDREW, INC., et al., | Case No. CV 14-1196 SS |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SEARS HOLDINGS MANAGEMENT CORP., et al., | |
| Defendants. | |

Consistent with the Court's Memorandum Decision and Order Granting Defendants' Amended Motion for Summary Judgment, **IT IS HEREBY ADJUDGED** that JUDGMENT is entered for DEFENDANTS and against PLAINTIFFS on the entire action. The above-captioned action is DISMISSED WITH PREJUDICE.

DATED: March 26, 2018

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE